

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

January 8, 2026

***Via ECF***
Hon. Katherine  Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:     *Helayne Seidman v. Thirsty Media Inc.*
Docket No: 1:25-cv-02166-KPF

Dear Judge Failla:

We are the attorneys for plaintiff Helayne Seidman ("*Plaintiff*") in this matter and write jointly with defendant Thirsty Media Inc ("*Defendant*") to respectfully provide the Court with a Status Update in advance of the upcoming conference set to January 13, 2026 at 11:00am in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties additionally request that the appearance be converted to a telephonic or remote appearance.

**Plaintiff's position**:
Plaintiff commenced this action with a filing of the Complaint on March 17, 2025 for copyright infringement (Dkt. No. 1). Defendant filed its Answer on July 28, 2025 (Dkt. No. 20). An initial conference was held before Your Honor on September 2, 2025, at which time the case management plan was entered. Plaintiff served the Defendant with Rule 26 disclosures and discovery demands on September 12, 2025. Defendant provided responses to those requests on October 13, 2025. Thereafter, on October 31, 2025, Defendant filed a motion for leave to file a third-party complaint (Dkt. No. 27) which was endorsed by the Court on November 4, 2025 (Dkt. No. 28). There have not been any communications or resolution discussions between the parties.

**Defendant's position**:
Supplementing Plaintiff's position, Defendant has engaged a process server to serve the third parties James Carrano and Marisa Hebert with the third-party complaint. Defendant has had discussion with Marisa Hebert regarding a resolution.

**SLG SANDERS LAW GROUP®**

Thank you for your consideration of this request.

Respectfully submitted,

/s *Dina  Nouhian*
Dina  Nouhian

Application GRANTED IN PART.  The pretrial conference set for January 13, 2026, will hereby be held telephonically.  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  The Clerk of Court is directed to terminate the pending motion at docket entry 36.

The parties are reminded, however, that the Court endorsed a Case Management Plan on September 8, 2025 (Dkt. #25), pursuant to which fact discovery would conclude on or before December 2, 2025, and expert discovery would conclude on or before January 30, 2026.  And while the Court permitted Defendant to file a third-party complaint on November 13, 2025 (Dkt. #28), it nowhere suggested that filing such a complaint would toll or stay the parties' then-existing discovery obligations.  **In other words, from the Court's perspective, fact discovery is over for the litigants currently before it, and expert discovery will conclude soon.**  The parties should be attentive to these facts as they prepare for the conference.

SO ORDERED.

Dated:    January 9, 2026
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE