UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 1:25-cv-02166 (KPF)

| | |
|---|---|
| **HELAYNE SEIDMAN,** | |
| Plaintiff, | |
| V. | |
| **THIRSTY MEDIA INC.,** | |
| Defendant/Third-party Plaintiff, | |
| V. | |
| **JAMES CARRANO, and MARISA HEBERT,** | |
| Third-Party Defendants. | |

**ORDER GRANTING MOTION FOR LEAVE TO SERVE THIRD-PARTY DEFENDANT JAMES CARRANO BY ALTERNATE MEANS AND EXTENDING TIME FOR SERVICE**

Upon the Motion of Defendant/Third-Party Plaintiff Thirsty Media Inc. ("Thirsty Media"), and the supporting papers, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 4(e)(1) and N.Y. CPLR § 308(5), Thirsty Media is authorized to serve Third-Party Defendant James Carrano by the following alternate means:

1. Emailing the Third-Party Summons, Third-Party Complaint, and this Order to: james.carrano@gmail.com; and
2. Sending an SMS/text message/WhatsApp message to (347) 528-0457 enclosing the same documents or providing a direct link to the documents; and
3. Mailing the Third-Party Summons, Third-Party Complaint, and this Order by (a) First Class Mail and (b) Certified Mail, Return Receipt Requested, to:
    James Carrano
    c/o The Skinny Bar

174 Orchard Street
New York, NY 10002.

ORDERED that Thirsty Media shall complete the above service within [14] days of this Order; and it is further

ORDERED that service shall be deemed complete on the latest of the date of the email transmission, the date of the SMS/text transmission, or the date of mailing; and it is further

ORDERED that Thirsty Media shall file proof of service on ECF within [7] days after completing service, including: (i) a declaration describing the steps taken; (ii) a copy of the transmitted email (and headers/confirmation if available); (iii) screenshots or transmission records for the SMS/text; and (iv) USPS receipts and tracking information for the mailings; and it is further

ORDERED that the time to serve Mr. Carrano under Rule 4(m) is extended through March 1, 2026.

SO ORDERED.

Dated:    February 3 , 2026
New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge

The Clerk of Court is directed to terminate the pending motion at docket entry 39.